# ELECTRONIC RECORD

COA # 11-12-00299-CR          OFFENSE: 22.021

STYLE: **Gilbert Mireles Bara v. The State of Texas**          COUNTY: McLennan

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 54th District Court

DATE: 09/11/14          Publish: NO   TC CASE #:     2010-869-C2

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Gilbert Mireles Bara v. The State of Texas**

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: __12/17/2014__

JUDGE: __Per Curiam__

CCA #: __PD-1401-14__

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**